12th (COA) No. 12-15-00259-CV
Ref. Tr. Ct. No. 114-0765-14

Delanda Letregg Player          §
             (Appellant)        §
v.                              §          Twelfth Court of Appeals
                                §
The State of Texas              §          Tyler Texas
             (Appellee)         §
                                §

To The Honorable Judge's of said Court:

FILED IN COURT ... APPEALS
12th Court of Appeals District
NOV 23 2015
TYLER TEXAS
PAM ESTES, CLERK

## MOTION TO SUSPEND FILING FEE

Rule 5

COMES NOW, Delanda Letregg Player, TDCJ-ID#1955184 Appellant Pro Se here-an-after in the above styled motion for cause.

### I. JURISDICTION

This Court has appellate jurisdiction in civil and criminal cases decided in the district and county courts. Section 22.201 Government Code

### II. STATEMENT OF THE CASE

Briefly,

Appellant Player', appeals Judgement's Of Conviction By Court-- Waiver Of Jury Trial from the 114th District Court Smith County Texas.

Cause No. 114-0765-14  Date Judgement Entered:  08/28/14 Offense: MAN/DEL CS PG>=28G<200G
Cause No. 114-0761-14  Date Judgement Entered:  08/28/14 Offense: POSS CS PG1>1G<4G
Judge Presiding:  Hon: Christi Kennedy  Attorney for Defendant:  Lacy, LA Juanda T
Date of Offense: 09/05/13   SENTENCES SHALL RUN CONCURRENTLY

THIRTY (30) YEARS IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Fine:          Court Cost:

NONE           $334.00 (ea. cause no.)  Note:  The Court Cost are currently in dispute-- Where as a Motion Writ of Garnishment was presented to the 114th District Court and file  marked 2015 SEP 21 PM 2:37 FILED LOIS ROGERS DISTRICT CLERK--  There in said Motion--  Appellant Player' has asserted that any and all court fees associated with said cause were waived, pursuant to the plea agreement. As of November 20, 2014 said motion has not been ruled upon-- although Appellant did receive copy's of his Judgement of Conviction By Court-- as aforementioned each judgement reflect's a Court Cost:  of §334.00 FILED SEPT 15, 2014

ORIGINAL                        -1-                        COPY

MOTION TO SUSPEND FILING FEE, (Cont.

## PROPOSED SUBJECT MATTER

Appellant Player' moves the Court herein to suspend $205.00 filing fee Tex. R. App. P. 5, pursuant to Twelfth Court Of Appeals letter of November 6, 2015-- informing appellant that said fee was to be remitted on or before November 16, 2015

Appellant Player' request of the Court to consider his previously certificate of indigency status-- which he presumes is/was on file w/114th District Court-- at a point in time when he was appointed counsel by the Court of Conviction.

Appellant has previously requested said records from the 114th District Clerk, on or about September 10, 2015-- No response as of Nov. 20, 2015  As a second request has been sumbitted also on Nov. 20, 2015 to obtain Clerk's/ Reporter's Record's for cause.

Appellant Player' further submits he was indigent when he was appointed counsel, by the 114th District Court-- that said indigent status has not changed. In addition, Appellant Player' "Affidavit of Indigency"  ATTATCHED herein for purposes for this Hon: Court to consider suspension of filing fee.

To further this matter-- incarcerated offender's in the TDCJ-ID do not receive any monetary funding for labor... s/be undisputed.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant prays the Hon: 12th District (COA) for all the aforementioned reasons herein consider his pleadings and thereby GRANT this Motion.

SUBMISSION TO COURT

Respectfully Submitted,

DATED ON THIS THE 20, DAY OF November, 2015

Pro Se

*Delanda P. Player*

Delanda Letregg Player
TDCJ-ID#1955184
Wynne Unit
810 FM 2821
Huntsville, Texas

77349

ORIGINAL                          -2-                          COPY

TWELFTH COURT OF APPEALS

IN RE: §

DELANDA LETREGG PLAYER §

§ STATE OF TEXAS §

§ COUNTY OF WALKER

Certificate
"Affidavit of Indigency"

I, Delanda Letregg Player, TDCJ-ID#1955184 certify that I am currently incarcerated in TDCJ-ID  John M. Wynne Unit  810 FM 2821  Huntsville, TX 77349 located in Walker County.

I submit to the Court that I am "INDIGENT" in status.

DATED ON THIS THE 20, DAY OF November, 2015

Pro Se

Delanda Letregg Player

TDCJ-ID#1955184

Wynne Unit

o O o

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

State law, VTCA Civ. Prac. & Rem. Code §132.001 - 132.003

I, further certify that the above-- under penalty of perjury is true and correct to the best of my knowledge.

EXECUTED ON THIS THE 20, DAY OF November, 2015

Pro Se

Delanda Letregg Player

TDCJ-ID#1955184

Wynne Unit

810 FM 2821

Huntsville, Texas

77349

ORIGINAL                               -3-                               COPY

District Clerk,                          20 November 2015

Lois Rogers

114th District Courthouse

100 N. Broadway Ave. 2nd. Fl.

Tyler, Texas  75702

Re: 12th (COA)  Case Number: <u>12-15-00259-CV</u>

      Ref. Trial Court Case Number: <u>114-0765-14</u>

Dear Ms. Rogers

     Appellant Player was advised by the Twelfth Court of Appeals by letter dated November 6, 2015-- encouraging him to contact the clerk and the reporter regarding your completion of the record ?

     Appellant Player is requesting-- Whether there is anything the Office's of the District Clerk/Court Reporter needs from him to allow said Clerk/Court Reporter to complete ?  And If So ? may you please contact Appellant Player at his current place of confinement.

     Ms. Rogers may you provide a copy of this letter to the Official Court Reporter in the box provided for such matters.  Thank-You...

In addition;

     Ms. Rogers, you may be aware that Appellant Player On or about the <u>10</u> day of <u>September</u> a letter/motion was sent to your office-- <u>requesting the clerk's and Reporter's Record's for cause</u>,  Appellant Player has not received the re-quested clerk's/reporter's record's for cause as of Nov. 20 2015.  This matter is of concern for the appellant-- as he needs said record's to timely perfect his appeal.  May you please forward the requested records.  Thank-You...

Tex. R. App. P. Rule 34.6(b)               Sincerly,

                                _Delanda Player_ Pro Se

                                Delanda Letregg Player

                                TDCJ-ID#1955184

                                Wynne Unit

                                810 FM 2821

                                Huntsville, Texas

                                        77349

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

State law, VTCA Civ. Prac. & Rem. Code §132.001 - 132.003

I, Delanda Letregg Player, TDCJ-ID#1955184 certify that I am currently incarcerated in the TDCJ-ID John M. wynne Unit 810 FM 2821 Huntsville, TX 77349 located in Walker County declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON THIS THE 20, DAY OF November, 2015

Pro Se

Delanda Letregg Player
TDCJ-ID#1955184
Wynne Unit

o O o

## CERTIFICATE OF SERVICE

I, Delanda Letregg Player, TDCJ-ID#1955184 certify that I have sent an inquiry/request for Clerk's/Reporter's Record's for Tr. Ct. Cause 114-0765-14 via United States Mail postage prepaid to the following parties:

District Clerk,
Lois Rogers
114th District Courthouse
100 N. Broadway Ave. 2nd. Fl.

Appellant,
Delanda Letregg Player
TDCJ-ID#1955184
Wynne Unit

Katrina McClenny Chief-Deputy-Clerk
Twelfth Court of Appeals
1517 West Front Street Ste. 354
Tyler, Texas 75702

DATED ON THIS THE 20, DAY OF November, 2015

Pro Se

Delanda Letregg Player
TDCJ-ID#1955184
Wynne Unit
810 FM 2821
Huntsville, Texas
77349

C. 114th Dist. Clk.Rogers'
C.C. Appellant Player'
[Enclosures as Stated]

## CERTIFICATE OF SERVICE

I, Delanda Letregg Player, TDCJ-ID#1955184 certify that I have sent

a true and correct "ORIGINAL COPY" of Appellant's Pro Se Motion To Suspend

Filing Fee via United States Mail postage prepaid to the following parties:

Katrina McClenny, Chief-Deputy-Clerk

Twelfth Court of Appeals

1517 West Front Street Ste. 354

Tyler, Texas 75702

Appellant;

Delanda Letregg Player

TDCJ-ID#1955184

Wynne Unit

**\* Please Construe:**

Motion To Suspend Rule 9.3. (herein)

DATED ON THIS THE 20, DAY OF November, 2015

_Delanda P. Player_ Pro Se

Delanda Letregg Player

TDCJ-ID#1955184

Wynne Unit

810 FM 2821

Huntsville, Texas

77349

C. Chief-Deputy-Clerk McClenny'

CC. Appellant Player'

[Enclosures as Stated]